UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
PAULETTE GANGEMI,

                          Plaintiff,

      -against-                                    22-CV-7961 (ALC)

ARCH ONCOLOGY, INC., THE BOARD OF                      **ORDER**
DIRECTORS OF ARCH, and LAURENCE
BLUMBERG,

                        Defendants.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Plaintiff's motion for a preliminary injunction at ECF No. 17. As Defendants' December 18, 2022 deadline to reply to the Complaint has not passed, the Court will hold its consideration of Plaintiff's motion for preliminary injunction in abeyance pending Defendants' response to the Complaint.

       The parties are ordered to appear for a Court conference to discuss the status of Defendants' alleged financial distress.

       As such, The Court will hold a telephonic pretrial conference in this action on Tuesday, December 6, 2022 at 2:00PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749. (Access code: 3768660)

**SO ORDERED.**

Dated:     **New York, New York**
              **November 30, 2022**

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**