UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
PAULETTE GANGEMI,

                   Plaintiff,

   -against-

ARCH ONCOLOGY, INC., THE BOARD OF DIRECTORS OF ARCH, and LAURENCE BLUMBERG,

                 Defendants.

------------------------------------------------------------- x

22-CV-7961 (ALC)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court will move the December 6 call originally scheduled for 2:00PM EST to 4:30PM EST.

    As such, The Court will hold a telephonic pretrial conference in this action on Tuesday, December 6, 2022 at **4:30PM Eastern Time.** All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:    **New York, New York**
             **December 5, 2022**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**