UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULETTE GANGEMI,<br><br>                     *Plaintiff*,<br><br>-against-<br><br>ARCH ONCOLOGY, INC., THE BOARD OF DIRECTORS OF ARCH, and LAURENCE BLUMBERG,<br><br>                     *Defendants*. | 22-CV-07961 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendants' letter, dated June 21, 2023, requestion a pre-motion conference in anticipation of their motion to dismiss the First Amended Complaint, ECF No. 36, and Plaintiff's response letter, dated June 22, 2023, ECF No. 37. The request for a pre-motion conference is **DENIED**. The Parties are hereby **ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| Motion to Dismiss: | July 28, 2023 |
| Opposition to Motion to Dismiss: | August 11, 2023 |
| Reply to Opposition: | August 18, 2023 |

**SO ORDERED.**

**Dated:**   **June 22, 2023**
              New York, New York

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**