UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULETTE GANGEMI,<br><br>                      *Plaintiff*,<br><br>-against-<br><br>ARCH ONCOLOGY, INC., THE BOARD OF DIRECTORS OF ARCH, and LAURENCE BLUMBERG,<br><br>                      *Defendants.* | 22-CV-07961 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' letter, dated July 27, 2023, requesting a settlement conference. ECF No. 39. The Court will hold a telephonic conference in this action on Tuesday, August 1, 2023 at 3:45PM Eastern Time. The current briefing schedule for the anticipated motion to dismiss the amended complaint is adjourned.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    July 27, 2023**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**