UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAULETTE GANGEMI,

                        Plaintiff,                  **ORDER**

                  -against-                    **22-cv-7961 (ALC) (JW)**

ARCH ONCOLOGY, INC., *et al.*,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement and general pretrial. Dkt. No. 41. The Parties are directed to contact Courtroom Deputy Christopher Davis via email by August 10, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in September, October, or November. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

      SO ORDERED.

DATED:    New York, New York
               August 3, 2023

                                                             */s/ Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge